UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. AUGUSTO, JR.<br><br>Defendant. | CRIM. NO. 22-30025-MGM (S-1) |

JOINT STATUS REPORT

The United States of America, by Rachael S. Rollins, United States Attorney for the District of Massachusetts and Assistant United States Attorney Steven H. Breslow (the "Government"), and Peter Slepchuk, Esq., counsel for the defendant Daniel A. Augusto, Jr. (the "defendant"), jointly submit the instant status report pursuant to Rule 116.5 of the Local Rules of the United States District Court for the District of Massachusetts.

1. On August 5, 2022, the Court conducted the defendant's initial appearance and arraignment, during which the parties and the Court agreed that the period from August 5, 2022 to September 22, 2002 should be excluded from the Speedy Trial Clock. The defendant is not in custody. (D.9, 10).

2. On September 9, 2022, the Government provided automatic discovery pursuant to the Court's Discovery Protective Order. (D.16, 21).

3. On September 22, 2022, the Court conducted a status conference and the defendant's arraignment on the Superseding Indictment (which contained the same charges as the initial Indictment), during which the parties and the Court agreed that the period from September 22, 2022 to November 30, 2022 should be excluded from the Speedy Trial Clock. (D.23).

1

4. On October 19, 2022 and November 8, 2022, the Government provided supplemental discovery. (D.25-26). The Government does not anticipate providing additional discovery. There are no pending discovery requests.

5. On November 30, 2022, the Court conducted another status conference, during which the parties and the Court agreed that the period from November 30, 2022 to the date of the next status conference, January 26, 2023, should be excluded from the Speedy Trial Clock. (D.29).

6. On November 30, 2022, the Court excluded the period from August 5, 2022 to January 26, 2023 from the Speedy Trial Clock. (D.30). As of January 26, 2023, zero days will have elapsed on the Speedy Trial Clock.

7. On December 20, 2022, the Government provided supplemental discovery. (D.31). The Government does not anticipate providing additional discovery. There are no pending discovery requests.

8. The parties have actively engaged in plea negotiations, and the Government has provided a draft proposed plea agreement to defense counsel. However, defense counsel recently informed the Government that the defense intends to file a motion to suppress the search warrants obtained in this case based upon staleness grounds.

9. The parties request that the Court set a motion schedule for the defense motion to suppress, and exclude the period from January 26, 2023 to the last date of the motion schedule from the Speedy Trial Clock to permit defense counsel to litigate its intended motion to suppress, to complete its discovery review, to consider whether to make any discovery requests, and to finalize its plea negotiations with the Government if the motion is unsuccessful.

Respectfully submitted,

|  |  | RACHAEL S. ROLLINS |
|--|--|--|
|  |  | United States Attorney |
|  | By: | /s/ Steven H. Breslow |
|  |  | STEVEN H. BRESLOW |
|  |  | (NY2915247) |
|  |  | Assistant U.S. Attorney |
|  |  | 300 State Street, Suite 230 |
|  |  | Springfield, MA 01105 |
|  |  | 413-785-0330 |
|  |  | steve.breslow@usdoj.gov |

*(Digitally signed by STEVEN BRESLOW, Date: 2023.01.25 23:03:41 -05'00')*

DANIEL A. AUGUSTO, JR.
Defendant

By:   /s/ Peter Slepchuk
      PETER SLEPCHUK
      Counsel for the defendant

## Certificate of Service

I hereby certify that this document will be filed by ECF and thus sent to the registered participants as identified on the Notice of Electronic Filing.

By:   /s/ Steven H. Breslow
      STEVEN H. BRESLOW
      Assistant U.S. Attorney

Dated:  January 25, 2023